UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CURTIS TRAHAN** | **CIVIL ACTION NO. 6:21-CV-00383** |
| **VERSUS** | **JUDGE JUNEAU** |
| **UNITED SPECIALTY INS. CO., ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 11. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Remand filed by Plaintiff, Rec. Doc. 7, is **GRANTED**, and this matter is **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of June, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE